IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRENDA AGUAYO, MARIA MALDONADO, MARIA CLIMACO, OLIVIA ORTIZ, ANA PALOMARES, SUSANA MARTINEZ, NICANOR QUIROZ, HILDA ELSY AMADOR, MARIA BARRAZA, YAIMYS BETANCOURT FERNANDEZ, CRISTAL CARVAJAL, LUCILA CEDILLO, MARIA ISABEL CHAVERO, ERIC ANTHONY CHAVEZ, CHRISTINA CORTES, ALEJANDRA CRUZ, LAURA DEANDA, GUSTAVO GARCIA, ROSA HERNANDEZ, VICTORIA HERNANDEZ, REMEDIOS HERNANDEZ BELTRAN, JOSE LUJAN, ANGELICA MENDOZA, LUIS FERNANDO MORALES, ELOISA MOTA, MARIBEL PORTILLO, DANIEL QUIROZ, ROCIO RIOS, YENSSI SANDOVAL, FERNANDO BRETADO, MARIA LOURDES DIAZ-ALMANZANA, VANESSA BELEM GARCIA, IMELDA MORALES, ELSI BONILLA, EVELIA CONTRERAS, DOROTEA MENDEZ, ADRIANA HERNANDEZ, and BALDOMERO MARTINEZ ,<br>    Plaintiffs, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| V. | § § § | CIVIL ACTION NO. 3:13-CV-2951-B |
| BASSAM ODEH, INC. AND BASSAM MOHAMMED ODEH, ODEH PREMIER – A OPERATIONAL ENTERPRISES, L.P., ODEH PREMIER – B OPERATIONAL ENTERPRISES, L.P., ODEH PREMIER – C OPERATIONAL ENTERPRISES, L.P., ODEH RESTAURANTS, L.L.C., OP&J INVESTMENTS, INC., JACK IN THE BOX EASTERN DIVISION, LP, and JOHN DOES 1-10,<br>    Defendants. | § § § § § § § § § § § § § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss Defendant Jack in the Box Eastern Division, LP as a Defendant in the above-captioned lawsuit (doc. 100), filed on August 21, 2015. After reviewing the motion, the Court concludes that it should be and hereby is **GRANTED**.

It is, therefore, **ORDERED** that Defendant Jack in the Box Eastern Division, LP is hereby dismissed as a Defendant in the above-captioned lawsuit, without prejudice, with each Plaintiff and Defendant herein bearing their respective attorney's fees and costs related to the dismissal of Jack in the Box Eastern Division, LP. This Order does not dismiss any Defendant in this lawsuit other than Jack in the Box Eastern Division, LP, and does not dismiss the claims of any Plaintiff in this lawsuit against any Defendant other than Jack in the Box Eastern Division, LP.

SO ORDERED.

SIGNED: August 24, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE