IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRENDA AGUAYO, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| BASSAM ODEH, INC., BASSAM § | CIVIL ACTION NO. 3:13-cv-02951-B |
| MOHAMMED ODEH, ODEH PREMIER – A § | |
| OPERATIONAL ENTERPRISES, L.P., ODEH § | |
| PREMIER – B OPERATIONAL ENTERPRISES, § | |
| L.P., ODEH PREMIER – C OPERATIONAL § | |
| ENTERPRISES, L.P., ODEH RESTAURANTS, § | |
| L.L.C., and OP&J INVESTMENTS, INC., § | |
| § | |
| Defendants. § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO
PLAINTIFFS' MOTION FOR LEGAL FEES AND COSTS**

Defendants Bassam Odeh, Inc., Bassam Mohammed Odeh, Odeh Premier – A Operational Enterprises, L.P., Odeh Premier – B Operational Enterprises, L.P., Odeh Premier – C Operational Enterprises, L.P., Odeh Restaurants, L.L.C., and OP&J Investments, Inc. (collectively "the Odeh Defendants") file this unopposed motion seeking to extend the deadline to respond to Plaintiffs' Motion for Legal Fees and Costs through and including January 15, 2016.

1. On December 2, 2015, Plaintiffs filed a Motion for Legal Fees and Costs and a supporting brief and appendix (Docs. 123–124). Plaintiffs' supporting brief is 27 pages. The accompanying appendix is 559 pages and consists of various case documents and voluminous billings records.

2. Under Local Rule 7.1(e), the Odeh Defendants' response to Plaintiffs' motion is currently due on December 23, 2015. The Odeh Defendants respectfully request that the Court extend that deadline through and including January 15, 2016.

3. There is good cause for this extension because the present deadline does not afford adequate time to review and respond to Plaintiffs' brief and 559-page appendix, much of which consists of single-spaced billing entries from approximately nine attorneys and six paralegals/assistants over a period of two and a half years. Additionally, the undersigned counsel has previously committed to other professional and personal obligations in December and early January, including a pre-arranged out-of-country trip from December 21-30, appellate briefing due on January 4, 2016 in *Starnes v. Wallace* (No. 15-41341 in the United States Court of Appeals for the Fifth Circuit), as well as appellate briefing in *Austin v. Coface Seguro de Credito Mexico, S.A. de C.V.* (No. 01-15-760-CV in the First District Court of Appeals of Texas). Given these commitments and the voluminous nature of Plaintiffs' motion and appendix, an extension to January 15, 2016 is appropriate so that the Odeh Defendants may present an adequate and informed response to the Court.

4. Plaintiffs are not opposed to the request to extend the deadline by which the Odeh Defendants may file their response to Plaintiffs' Motion for Legal Fees and Costs through and including January 15, 2016.

5. Accordingly, Defendants Bassam Odeh, Inc., Bassam Mohammed Odeh, Odeh Premier – A Operational Enterprises, L.P., Odeh Premier – B Operational Enterprises, L.P., Odeh Premier – C Operational Enterprises, L.P., Odeh Restaurants, L.L.C., and OP&J Investments, Inc. respectfully request that the Court grant this motion and enter an order

extending the time period for the Odeh Defendants to file their response to Plaintiffs' Motion for Legal Fees and Costs through and including January 15, 2016.

        Respectfully submitted,

        */s/ Scott M. McElhaney* .
        W. Gary Fowler
        Texas State Bar No. 07329250
        Scott M. McElhaney
        Texas State Bar No. 00784555
        David R. Schlottman
        Texas State Bar No. 24083807
        **JACKSON WALKER L.L.P.**
        901 Main Street, Suite 6000
        Dallas, Texas  75202
        Tel: 214-953-6000
        Fax: 214-953-5822
        Email: gfowler@jw.com
        Email:  smcelhaney@jw.com

        **ATTORNEYS FOR THE ODEH DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Odeh Defendants has conferred with counsel for Plaintiffs about the relief requested in this Motion and that Plaintiffs are not opposed.

/s/ Scott M. McElhaney_____ .

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record as follows:

Allen R. Vaught
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
avaught@baronbudd.com

Paula Wyatt
The Wyatt Law Firm
70 NE Loop 410, Ste. 725
San Antonio,  TX 78216
pwyatt@wyattlawfirm.com

/s/ Scott M. McElhaney_____.