IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRENDA AGUAYO, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| BASSAM ODEH, INC., BASSAM § | CIVIL ACTION NO. 3:13-cv-02951-B |
| MOHAMMED ODEH, ODEH PREMIER – A § | |
| OPERATIONAL ENTERPRISES, L.P., ODEH § | |
| PREMIER – B OPERATIONAL ENTERPRISES, § | |
| L.P., ODEH PREMIER – C OPERATIONAL § | |
| ENTERPRISES, L.P., ODEH RESTAURANTS, § | |
| L.L.C., and OP&J INVESTMENTS, INC., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINE TO FILE RESPONSE
TO PLAINTIFFS' MOTION FOR LEGAL FEES AND COSTS**

Before the Court is Defendants' Unopposed Motion to Extend the Deadline to File Response to Plaintiffs' Motion for Legal Fees and Costs. Having considered the Motion, the Court finds that it is well-taken and should be and is GRANTED. Defendants may file a response to Plaintiffs' Motion for Legal Fees and Costs through and including January 15, 2016.

Signed this _____day of _____, 2015.

_____
Jane Boyle
United States District Judge